UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISRAEL JAMES HOWARD,

Plaintiff,

Case No. 26-cv-11071
Honorable Linda V. Parker

v.

HOMEAWAY.COM, INC.

Defendant.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE ACTION**

Plaintiff commenced this lawsuit against Defendant on April 1, 2026. In response, Defendant filed a motion to compel arbitration and to stay the case. (ECF No. 13.) The matter has been assigned to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On July 23, 2026, Magistrate Judge Patti issued a report and recommendation ("R&R") recommending that the Court deny Defendant's motion. (ECF No. 17.) At the conclusion of the R&R, Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of

service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to compel arbitration or to stay this matter (ECF No. 13) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 27, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager